In the Matter of the Application of the RICHMOND COUNTY BAR ASSOCIATION in Respect of LOUIS J. FEINSTEIN, Also Known as LEWIS J. FEINSTEIN, an Attorney and Counselor at Law.— Matter remitted to Hon. Norman S. Dike, official referee, to take testimony and report on the following: Receipts of money and other property by respondent in detail and month by month from November 13, 1931, to February 13, 1934; expenditure of money and disposal of other property by respondent in detail and month by month, and, in detail, for whom and for whose benefit

such money was expended and other property was disposed of from November 13, 1931, to February 13, 1934; where and with whom respondent has been living from November 13, 1931, to February 13, 1934. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.